UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:22-cv-2086-CEM-LHP

HOWARD COHAN,

    Plaintiff,

vs.

THRIFTY SPECIALTY PRODUCE OF PALM BAY INC.
a Florida Profit Corporation

    Defendant(s).
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, HOWARD COHAN, and his undersigned counsel hereby give notice that the above captioned action is voluntarily dismissed, with prejudice against Defendant, THRIFTY SPECIALTY PRODUCE OF PALM BAY INC., INC., a Florida Profit Corporation.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 16, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on Defendant's Counsel, Euribiades Cerrud II at PBCLAW@icloud.com and on Defendant's Registered Agent via US

Mail:

THRIFTY SPECIALTY PRODUCE OF PALM BAY INC.
c/o The PCB Firm, P.A.
14938 Hartford Run Dr.
Orlando, FL 32828

**Sconzo Law Office, P.A.**
3825 PGA Boulevard, Suite 207
Palm Beach Gardens, FL 33410
Telephone: (561) 729-0940
Facsimile: (561) 491-9459

By: **/s/ Gregory S. Sconzo**
GREGORY S. SCONZO, ESQUIRE
Florida Bar No.: 0105553
**Primary Email:** greg@sconzolawoffice.com
**Primary Email:** samantha@sconzolawoffice.com
**Secondary Email:** alexa@sconzolawoffice.com