UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**HOWARD COHAN,**

      **Plaintiff,**

v.     Case No.  6:22-cv-2086-CEM-LHP

**THRIFTY SPECIALTY
PRODUCE OF PALM BAY INC.,**

      **Defendant.**
_____/

**ORDER**

THIS CAUSE is before the Court on Notice of Voluntary Dismissal With Prejudice (Doc. 8). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Clerk of Court is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on March 16, 2023.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record